**Order filed April 5, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00112-CV

_____

## LINDA A. STEWART; JOHN GARRETH STEWART, GUARDIAN OF THE PERSON OF THE WARD, LINDA ANNETTE STEWART AND LEE STEWART, GUARDIAN OF THE ESTATE OF THE WARD, LINDA ANNETTE STEWART, Appellants

## V.

## BONBROOK PLANTATION COMMUNITY ASSOCIATION, INC., Appellee

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273574**

# O R D E R

The notice of appeal in this case was filed February 18, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 15, 2022.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.